UNITED STATES of America,
Plaintiff–Appellee

v.

Hector Venancio CASTRO–VASQUEZ,
Defendant–Appellant.

No. 07–50419.

United States Court of Appeals,
Fifth Circuit.

June 27, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert Ramos, Robert Ramos, Attorney at Law, El Paso, TX, for Defendant–Appellant.

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Following a jury trial, Hector Castro–Vasquez was found guilty of fraudulently obtaining immigration benefits to which he was not entitled in violation of 18 U.S.C. § 1425(b). On appeal, Castro challenges the sufficiency of the grand jury indictment, the sufficiency of the evidence presented at trial, and two of the district court's evidentiary rulings against him. Having reviewed the briefs and pertinent portions of the record and having heard the arguments of counsel, we find no re-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.